IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.  CASE NO. 4:25-CR-00043-001 LPR | |
| JESUS HUMBERTO-REYES | DEFENDANT |

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (Doc. 35) as to the above-named defendant should be amended to reflect the following correction:

1) The SUPERVISED RELEASE term is SIX (6) MONTHS.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the changes listed above, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 15th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE